UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 08-920 JVS (MLGx) | Date | October 22, 2009 |
| Title | Mother's Market & Kitchen - Park Place, Inc., et al., v. Taras Wybaczynsky et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order to Show Cause re Third Party Complaint

The Court has reviewed the response of Ronald Gottschalk ("Gottschalk") to its Order to Show Cause why Gottschalk's Third Party Complaint should not be dismissed. (Docket No. 70.) The response focuses heavily on Rule 19 of the Federal Rules of Civil Procedure.

The Court believes that its mistaken reference to Rule 19 in the Order to Show Cause, rather than Rule 14 which governs third party complaints, may have misled Gottschalk, even though the Order to Show cause questioned whether the pleading met the substantive requirements of a third party complaint.[1]

In light of the foregoing, the Court invites, but does not require, a further response to the Order to Show Cause within twenty days.

Separately, Gottschalk is ordered to show cause in writing within twenty days why the Third Party Complaint should not be dismissed without prejudice for failure to make service as required and within the time limits set by Rule 4(m) of the Federal Rules of Civil Procedure. A review of the docket indicates that no third party defendant has appeared, and no proof of service for any third party defendant has been filed.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |

---

[1] "[T]he claims asserted there do not appear to establish liability on the part of the third party defendants for the liability asserted against Gottschalk in the interpleader complaint." Compare Fed. R. Civ. Pro. 14(a).