UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 08-920 JVS (MLGx) | Date | October 22, 2009 |
| Title | Mother's Market & Kitchen - Park Place, Inc., et al., v. Taras Wybaczynsky et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order to Show Cause re Cross Complaint

      On June 18, 2009, Ronald Gottschalk ("Gottschalk") filed a Cross Claim against the defendants in the main interpleader action. (Docket No. 50.) The Cross Claim shows no proof of service, and there is no proof of service separately recorded in the docket. No response has been filed by any cross defendant.

      Gottschalk is ordered to show cause in writing within twenty days why the Cross Claim should not be dismissed for failure to prosecute: (a) for failure to make service and/or (b) if service has been made, for failure to take the defaults of the non-appearing cross defendants.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |