# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 08-920 JVS (MLGx) | Date | May 2, 2019 |
| Title | Mother's Market & Kitchen Place, Inc. v. Wybaczynsky, and related claims | | |

Present: The Honorable  James V. Selna, US DISTRICT COURT JUDGE

| Lisa Bredahl | |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] ORDER TO SHOW CAUSE

The Court orders the parties to show cause in writing no later than June 3, 2019 why the Court should not permit the interpled funds to escheat to the State of California.

 : 0
Initials of Preparer  lmb